UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

Charles W. Carpenter &　　　　　　　　　　CASE NO.: 16-42665

Pamela J. Carpenter　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　　　Judge Phillip J. Shefferly

Debtor(s),

_____/

Charles W. Carpenter &

Pamela J. Carpenter　　　　　　　　　　　　ADV. PROC. NO.: 16-04689

Plaintiff(s),

v.

Deutsche Bank National Trust Company,

As Trustee for GSAMP Trust 2006-S6, Mortgage Pass

Through Certificates, Series 2006-S6

　　　　　　　　　　　Defendant(s).
　　　　　　　　_____/

### DEFAULT JUDGEMENT

　　　This Judgment is entered after entry of Default on September 27, 2016 and upon Motion for Default Judgment against the Defendant, Deutsche Bank National Trust Company.

**IT IS ORDERED** that upon completion of the Debtors' Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 16-42655, the mortgage ("Mortgage") dated May 31, 2006 [Original Lender Quicken Loans – Wayne County Document Number 206322942 – for $44,800], covering the following described property ("Property") situated in the City of Woodhaven, County of Wayne, State of Michigan, and further described as follows:

Lot 24, WOLVERINE ESTATES SUBDIVISION, according to the recorded plat thereof, as recorded in Liber 99, Page 55 and 56 of Plats.

Commonly Known As: 21861 BRIMLEY COURT, WOODHAVEN, MI 48183

Parcel Tax ID: 59-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-000

Recorded in the Wayne Register of Deeds on June 12, 2006, Liber: 99, Page 55 and 56, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the Debtors' Chapter 13 Plan and the entry of a Chapter 13 discharge order in bankruptcy case no. 16-42655, the Debtors may record a certified copy of this order, with a copy of the Debtors' Chapter 13 discharge order attached, with the Wayne County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtors fail to complete the Debtors' Chapter 13 Plan and obtain a Chapter 13 discharge order in bankruptcy case number 16-42655, this Order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Debtors either to compel the

holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on October 13, 2016**

                                                              **/s/ Phillip J. Shefferly**
                                                              **Phillip J. Shefferly**
                                                              **United States Bankruptcy Judge**